**Dismissed and Memorandum Opinion filed October 15, 2013**



In The

# Fourteenth Court of Appeals

---

## NO. 14-13-00645-CR

---

**CEDRIC T. ROSS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 262nd District Court**
**Harris County, Texas**
**Trial Court Cause No. 1366682**

---

# M E M O R A N D U M   O P I N I O N

Appellant entered a guilty plea to possession of a controlled substance. In accordance with the terms of a plea bargain agreement with the State, the trial court sentenced appellant on May 31 2013, to confinement for 10 years in the Institutional Division of the Texas Department of Criminal Justice. Appellant filed a notice of appeal. We dismiss the appeal.

The trial court entered a certification of the defendant's right to appeal in which the court certified that this is a plea bargain case, and the defendant has no right of appeal. *See* Tex. R. App. P. 25.2(a)(2). The trial court's certification is included in the record on appeal. *See* Tex. R. App. P. 25.2(d). The record supports the trial court's certification. *See Dears v. State*, 154 S.W.3d 610, 615 (Tex. Crim. App. 2005).

Accordingly, we dismiss the appeal.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Boyce and Jamison.

Do Not Publish — Tex. R. App. P. 47.2(b)